UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>- against -<br><br>KAMRAN FARIDI,<br>                         **Defendants.** | **UNDER SEAL**<br><br>**ORDER APPOINTING**<br>**CURCIO COUNSEL**<br><br>20 MAG. 2437 |

**PAUL E. DAVISON, U.S.M.J.:**

The parties having requested a hearing pursuant to *United States v. Curcio*, 680 F.2d 881 (2d Cir. 1982), it is hereby

**ORDERED**, that Bruce Koffsky, Esq., is appointed, pursuant to the Criminal Justice Act, for the purpose of advising Mr. Faridi regarding any potential conflict of interest and assisting him at the *Curcio* hearing; and it is further

**ORDERED**, that government counsel shall provide Mr. Koffsky with all necessary materials, and all counsel shall cooperate with Mr. Koffsky in preparing to advise Mr. Faridi; and it is further

**ORDERED**, that Mr. Koffsky shall notify the Court in writing after consulting with Mr. Faridi, whereupon the Court will schedule the *Curcio* hearing to follow.

Dated: August 7, 2020
      White Plains, New York

SO ORDERED

Paul E. Davison, U.S.M.J.