

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 6, 2022

**MEMO ENDORSED**

**BY EMAIL**

The Honorable Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Kamran Faridi*, 20 Cr. 441 (CS)

Dear Judge Seibel:

The Government writes respectfully to update the Court regarding the need for continued sealing of the docket and all filings in the above-captioned matter. Following conversations with the appropriate personnel at the Federal Bureau of Investigation, the Government is no longer seeking sealing of the docket and the filings in the case.

Thank you for your consideration of this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _____/s/_____
Samuel Adelsberg
Assistant United States Attorney
(212) 637-2494

cc: Defense Counsel (via Email)

*The Clerk of Court is respectfully directed to unseal the docket & filings in 20-cr-441.*

So Ordered.

Cathy Seibel, U.S.D.J.
Dated: 12/9/22