UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Kamran Faridi

                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

20-MJ-2437-UA

Defendant Kamran Faridi hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

- ☐ Initial Appearance Before a Judicial Officer

- ☒ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- ☐ Guilty Plea/Change of Plea Hearing

- ☐ Bail/Detention Hearing

- ☐ Conference Before a Judicial Officer - Assignment of Counsel

_Kamran Faridi_ (signature)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Kamran Faradi_
Print Defendant's Name

_Jeff Chabrowe_ (signature)
Defendant's Counsel's Signature

_Jeff Chabrowe_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

8/28/20
Date

U.S. District Judge/U.S. Magistrate Judge