UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Kamran Faridi

Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

**20-MJ-02437**

Defendant Kamran Faridi  hereby voluntarily consents to participate in the following proceeding
via   ☒ videoconferencing or ☒ teleconferencing:

☐      Initial Appearance Before a Judicial Officer

☐      Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
       Indictment Form)

☐      Guilty Plea/Change of Plea Hearing

☐      Bail/Detention Hearing

☒      Conference Before a Judicial Officer – Curcio Hearing

_Kamran Faridi by Bruce Koffsky_
_after discussion with the defendant_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_/s/ Bruce D. Koffsky___
Defendant's Counsel's Signature

__Kamran Faridi_____
Print Defendant's Name

__Bruce D. Koffsky_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__8/28/20__
Date

U.S. District Judge/U.S. Magistrate Judge